lants.— Motion for stay granted on consent. Submit stipulation with order. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Petition of MARY VENDER, Respondent, for a Peremptory Mandamus Order against THOMAS P. FLANAGAN, as Superintendent of Buildings for the Borough of Brooklyn of the City of New York, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

RAY LEVY, Respondent, v. UTRECHT BUILDING CORPORATION and Others, Defendants, and B. GOETZ & BRO., INC., and Others, Appellants.— Motion to dispense with printing certain exhibits granted. The order will provide that the papers be produced on the argument if necessary. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

LOG CABIN COLONY DEVELOPMENT CORPORATION, Appellant, v. MAC-LAND REALTY COMPANY OF LONG ISLAND, INC., and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ROSE MAGGI, Respondent, v. GUISEPPI A. SABATINI and Another, Defendants, and MORRIS E. GOSSETT, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, March thirteenth (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ALTER MOZARSKY and Others, etc., Respondents, v. LOUIS P. COSTA, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. BURKE BUILDING CO., INC., and Others, Defendants. INTERBORO ASSOCIATES, INC., Appellant, and LESTER V. ALLERS, Respondent.— Motion to dispense with printing certain exhibits denied. Appellant will be required to produce upon the argument, at the April term, the papers mentioned in its affidavit. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. LADEN BUILDING CORPORATION and Others, Defendants, and PARK MERCANTILE COMPANY, INC., and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

JAMES OWENS, Plaintiff, v. JULIA M. TOKLAS, Appellant. JOHN J. BARDOLF, JR., Respondent, and WOODSIDE TRIANGLE CORPORATION and Others, Defendants. — Motion to enjoin receiver pending appeal granted upon condition that appellant perfect the appeal for Friday, March thirteenth (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.